# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| D'ANGELO J. COVINGTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CIV-05-899-R |
| JOHN WHETSEL, et al., | ) ) ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered November 21, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this action is DISMISSED without prejudice to refiling pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) because Plaintiff has failed to satisfy the exhaustion requirement of the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).

**It is so ordered this 14th day of December, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE